UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

James T. Schultz, as Personal Representative
Of the Estate of James A. Schultz, dec'd,          Docket No.:  02-cv-74088-DT

        Plaintiff,                                        HONORABLE ROBERT H. CLELAND
v.                                                 MAG. JUDGE DONALD SCHEER

Steve Probst, Robert Sillman,
Duane Butterfield, and Nick Ludwick,

        Defendants.

---

| | |
|---|---|
| Paul F. Doherty (P36579) | Kevin Thom (P36178) |
| Janis L. Adams (P59997) | Assistant Attorney General |
| MORRIS & DOHERTY, P.C. | Corrections Division |
| 300 Park Street, Ste. 485 | P.O. Box 30217 |
| Birmingham, MI  48009 | Lansing, MI  48909 |
| (248) 642-0300 | (517) 335-7021 |

---

## **ORDER**

      The Court being duly apprised and having read the stipulation of the parties hereby

dismisses this case with prejudice and without costs, attorneys' fees, and interest.


Date: 11/16/05

                                          s/Robert H. Cleland
                                          Honorable Robert H. Cleland
                                          United States District Court Judge